AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

the residence located at 1135 SW 9th Avenue, Gainesville, Florida

Case No. 1:20mj101 GRJ

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the ___ Northern ___ District of ___ Florida ___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute controlled substance(s) |
| 18 U.S.C. § 924(c) | Possession of firearm(s) in furtherance of drug trafficking |

The application is based on these facts:
See attached affidavit from DEA Task Force Officer Deforrest Houston.

☑ Continued on the attached sheet.
☐ Delayed notice of ___ days *(give exact ending date if more than 30 days: ___ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Deforrest Houston, DEA Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
email and telephone *(specify reliable electronic means)*.

Date: December 2, 2020

2020.12.02 17:03:31 -05'00'

*Judge's signature*

City and state: Gainesville, Florida

Gary R. Jones, United States Magistrate Judge
*Printed name and title*

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk of Court
By _____
Deputy Clerk

## ATTACHMENT A

## DESCRIPTION OF THE PREMISES TO BE SEARCHED

The premises to be searched is a single family residential home, associated outbuildings and detached garages/storage unit located on the parcel. The residential home to be searched has a white and tan stone exterior with tan trim. The front door is dark in color and faces the north with the door knob on the right side of the door. There are two windows on the right side of the door and one window on the left side of the door. The numbers "1135" are displayed in vertical sequence on the left side of the single window. There are four layers of red brick steps that lead up to the front door. There is a stone chimney on the northwest side of the roof. There is a wooden platform porch on the east side of the residence. The outbuilding to be searched is tan in color with white trim and is located on the southeast side of the residential home. The outbuilding has a dark in color door that faces north. There is a window on the right side of the door of the outbuilding. The detached garage/storage unit is tan in color with white trim located on the east side of the outbuilding. The detached garage/storage unit has two doors that face the north. All three structures are located on the property of 1135 Southwest 9th Avenue, Gainesville, Alachua County, Florida. To reach 1135 Southwest 9th Avenue, Gainesville, Alachua County, Florida, begin at the intersection of US 441 (13th Street) and Florida State Road 26 (University Avenue). Travel south on US

441 for approximately 0.6 miles to Southwest 9th Avenue. Turn left (east) on Southwest 9th Avenue and travel approximately 0.1 miles. The premises to be searched will be on the right (south) side of the roadway.





## ATTACHMENT B

## ITEMS TO BE SEIZED

1. Controlled substances and chemicals used to manufacture controlled substance;

2. Drug paraphernalia and other items used to manufacture, conceal, package, and distribute controlled substances;

3. Weapons, ammunition, and personal armor such as a bulletproof vest;

4. U.S. currency and items evidencing the receipt, expenditure, or concealment of illegal income from the distribution and/or manufacture of controlled substances;

5. Items reflecting expenditures to facilitate the manufacture or distribution of controlled substances;

6. Items reflecting ownership, residency, or occupancy of the property (e.g., bills, photographs, leases, clothing);

7. Items reflecting criminal associations, including, but not limited to, information stored in or on caller ID boxes, cellular phones, digital or electronic notebooks, address books or other similar items;

8. Ledgers, journals, and diaries reflecting drug distribution or manufacturing activities, drug customers, drug suppliers, or co-conspirators;

9. Proceeds of drug distribution activities, including, but not limited to, U.S. currency, jewelry, and other monetary instruments;

10. Safes (agents may drill) and safe deposit box records and keys;

11. Any other items used to facilitate criminal activity relating to the distribution or manufacture of controlled substances (such as cellular phones and digital pagers), or to detect law enforcement (e.g., scanners), or to conceal the same activity from law enforcement.